**Sona Nanotech, Inc. (SONA; SNANF)**                                                     **Powers, Lynn**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| Purchase | 7/7/2020 | 1,655 | $6.0796 |
| Purchase | 7/7/2020 | 1,642 | $5.5894 |
| Purchase | 7/7/2020 | 80 | $5.4850 |
| Purchase | 7/7/2020 | 31 | $6.1972 |
| Purchase | 7/7/2020 | 7 | $5.5223 |
| Purchase | 7/8/2020 | 1,746 | $5.6069 |
| Purchase | 7/8/2020 | 27 | $5.6054 |
| Purchase | 7/9/2020 | 118 | $6.5611 |
| Purchase | 7/9/2020 | 2 | $6.6263 |
| Purchase | 7/10/2020 | 102 | $6.3450 |
| Purchase | 7/14/2020 | 55 | $5.8466 |
| Purchase | 7/16/2020 | 83 | $6.0019 |
| Purchase | 7/16/2020 | 1 | $5.9797 |
| Purchase | 7/20/2020 | 37 | $6.6376 |
| Purchase | 7/21/2020 | 36 | $6.9627 |
| Purchase | 8/4/2020 | 23 | $10.8881 |
| Purchase | 8/5/2020 | 56 | $9.8462 |
| Purchase | 8/7/2020 | 117 | $6.2370 |
| Purchase | 8/7/2020 | 10 | $6.3650 |
| Purchase | 8/12/2020 | 138 | $7.2488 |
| Purchase | 8/17/2020 | 27 | $7.4500 |
| Purchase | 8/20/2020 | 32 | $6.1996 |
| Purchase | 9/18/2020 | 33 | $5.6000 |
| Purchase | 9/21/2020 | 68 | $5.6603 |
| Purchase | 9/24/2020 | 127 | $4.0500 |
| Purchase | 9/25/2020 | 694 | $5.0337 |
| Purchase | 9/25/2020 | 100 | $5.0017 |
| Purchase | 9/25/2020 | 100 | $5.0092 |
| Purchase | 9/25/2020 | 70 | $5.0532 |
| Purchase | 9/25/2020 | 9 | $5.0394 |
| Purchase | 10/2/2020 | 46 | $6.5090 |
| Purchase | 10/5/2020 | 2,223 | $6.8699 |
| Purchase | 10/5/2020 | 501 | $6.8611 |
| Purchase | 10/5/2020 | 116 | $6.8606 |
| Purchase | 10/5/2020 | 39 | $6.8718 |
| Purchase | 10/5/2020 | 8 | $6.9063 |
| Purchase | 10/13/2020 | 29 | $7.6044 |
| Purchase | 10/29/2020 | 2,375 | $2.9994 |
| Purchase | 10/29/2020 | 1,984 | $3.0445 |
| Purchase | 10/29/2020 | 200 | $3.0200 |
| Purchase | 10/29/2020 | 125 | $2.9888 |
| Purchase | 10/29/2020 | 14 | $3.0426 |
| Purchase | 10/29/2020 | 5 | $3.4765 |
| Purchase | 10/30/2020 | 1,064 | $2.9452 |
| Purchase | 10/30/2020 | 500 | $2.9445 |
| Purchase | 10/30/2020 | 500 | $2.9518 |
| Purchase | 10/30/2020 | 54 | $2.9522 |
| Purchase | 10/30/2020 | 16 | $2.9428 |
| Purchase | 10/30/2020 | 3 | $2.9494 |
| Purchase | 11/03/2020 | 3,827 | $2.6747 |

**Sona Nanotech, Inc. (SONA; SNANF)**  **Powers, Lynn**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| Purchase | 11/03/2020 | 2,046 | $2.8987 |
| Purchase | 11/03/2020 | 103 | $2.6749 |
| Purchase | 11/03/2020 | 40 | $2.9037 |
| Purchase | 11/04/2020 | 1,032 | $2.9623 |
| Purchase | 11/05/2020 | 700 | $2.7800 |
| Purchase | 11/05/2020 | 41 | $2.7698 |
| Purchase | 11/09/2020 | 1,036 | $2.3222 |
| Purchase | 11/09/2020 | 67 | $2.3102 |
| Purchase | 11/19/2020 | 530 | $2.0300 |
| Sale | 7/6/2020 | (200) | $6.6582 |
| Sale | 7/6/2020 | (300) | $6.6607 |
| Sale | 7/6/2020 | (300) | $6.6646 |
| Sale | 7/6/2020 | (900) | $6.6656 |
| Sale | 7/6/2020 | (1,500) | $6.6661 |
| Sale | 7/6/2020 | (1,800) | $6.6651 |
| Sale | 8/28/2020 | (200) | $5.9750 |
| Sale | 8/28/2020 | (1,800) | $5.8820 |
| Sale | 8/31/2020 | (200) | $5.3800 |
| Sale | 8/31/2020 | (200) | $5.4950 |
| Sale | 8/31/2020 | (1,800) | $5.2842 |
| Sale | 8/31/2020 | (2,400) | $5.3000 |
| Sale | 9/4/2020 | (1,000) | $5.3395 |
| Sale | 9/10/2020 | (400) | $6.1000 |
| Sale | 9/10/2020 | (700) | $6.1144 |
| Sale | 10/21/2020 | (200) | $6.1440 |
| Sale | 10/21/2020 | (800) | $6.1828 |
| Sale | 10/29/2020 | (100) | $2.5438 |
| Sale | 10/29/2020 | (100) | $2.5583 |
| Sale | 10/29/2020 | (100) | $3.2215 |
| Sale | 10/29/2020 | (200) | $2.5585 |
| Sale | 10/29/2020 | (300) | $3.1935 |
| Sale | 10/29/2020 | (300) | $3.1980 |
| Sale | 10/29/2020 | (300) | $3.1985 |
| Sale | 10/29/2020 | (300) | $3.1992 |
| Sale | 10/29/2020 | (400) | $2.6400 |
| Sale | 10/29/2020 | (500) | $2.5810 |
| Sale | 10/29/2020 | (600) | $2.5874 |
| Sale | 10/29/2020 | (800) | $2.6040 |
| Sale | 10/29/2020 | (800) | $3.2149 |
| Sale | 10/29/2020 | (872) | $3.2135 |
| Sale | 10/29/2020 | (900) | $2.5737 |
| Sale | 10/29/2020 | (900) | $2.5854 |
| Sale | 10/29/2020 | (1,000) | $2.6109 |
| Sale | 10/29/2020 | (1,500) | $2.5887 |
| Sale | 10/29/2020 | (1,600) | $2.5587 |
| Sale | 10/29/2020 | (1,800) | $2.5556 |
| Sale | 10/29/2020 | (2,300) | $2.6524 |
| Sale | 10/29/2020 | (2,500) | $3.2153 |
| Sale | 10/29/2020 | (5,000) | $2.5412 |
| Sale | 11/02/2020 | (300) | $2.5998 |

**Sona Nanotech, Inc. (SONA; SNANF)**  **Powers, Lynn**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 11/02/2020 | (6,535) | $2.5761 |
| Sale | 11/09/2020 | (7,789) | $2.0000 |
| Sale | 11/10/2020 | (500) | $2.3651 |
| Sale | 11/10/2020 | (603) | $2.3489 |
| Sale | 11/23/2020 | (530) | $2.8404 |