1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LYNN POWERS,<br><br>                Plaintiff,<br><br>       v.<br><br>SONA NANOTECH, INC., DAVID REGAN, and ROBERT RANDALL,<br><br>                Defendants. | Case No. 2:21-cv-00169-MCS-MAA<br><br>**JUDGMENT** |
|---|---|

|    |    |
|---|---|
| 1  |    |
| 2  | Pursuant to this Court's Order Granting Defendants' Motion to Dismiss in *In re Sona Nanotech Securities Litigation*, 2:20-cv-11405-MCS-MAA, |
| 3  |    |

Pursuant to this Court's Order Granting Defendants' Motion to Dismiss in *In re Sona Nanotech Securities Litigation*, 2:20-cv-11405-MCS-MAA,

IT IS ADJUDGED that the action is dismissed with prejudice. Judgment is entered in favor of Defendants Sona Nanotech Inc., David Regan, and Robert Randall. Plaintiff Lynn Powers shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 18, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE